UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| CECILIA GARCIA, | ) CV 12-03847-SH |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration, | ) |
| Defendant. | ) |

IT IS ADJUDGED that Judgment is entered affirming the decision of the Commissioner and plaintiff's Complaint is dismissed.

DATED: October 26, 2012

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE